IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07- 51 - UNA |
| ) | |
| ROBERT ALEXIS ESCOBAR-SOLANO, ) | |
| ) | REDACTED |
| Defendant. ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

#### Count I

On or about April 9, 2007, in the District of Delaware, Robert Alexis Escobar-Solano, the defendant, an alien and subject of Mexico, who had been removed to Mexico from the United States subsequent to 1998, more specifically on or about February 22, 1999, and June 11, 2003, was found in the United States and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: *[signature]*
Edmond Falgowski
Assistant United States Attorney

Dated: 4-12-07

FILED
APR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE