IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07- 51 - UNA |
| | ) | |
| ROBERT ALEXIS ESCOBAR-SOLANO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Roberto Alexis Escobar-Solano, pursuant to an Indictment returned against him by the Federal Grand Jury on April 12, 2007.



COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated:   April 12, 2007

**AND NOW**, this ___12th___ day of ___April___, 2007, upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant issue for the arrest and apprehension of ROBERTO ALEXIS ESCOBAR-SOLANO.

_____
for  Honorable Mary Pat Thynge
United States Magistrate Judge