*Filed in open court 6/14/07 (ω)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-51 (GMS) |
| | ) | |
| ROBERT ESCOBAR-SOLANO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant,

pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the

following:

1.  **Eligibility of Case**. This case is eligible for a detention order because case involves

    **(check all that apply)**:

    _____ Crime of violence (18 U.S.C. § 3156)

    _____ Maximum sentence life imprisonment or death

    _____ 10+ year drug offense

    _____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

2.  **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   **X**   Defendant's appearance as required

   **X**  Safety of any other person and the community

3.  **Rebuttable Presumption**.  The United States (will / will not) invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

   \_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

   \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing** .  The United States requests the court conduct the detention hearing,

   _____ At first appearance

   **X**   After continuance of  3  days (not more than 3).

5.  **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of \_\_\_\_ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

   \_\_\_\_ 1.  At the time the offense was committed the defendant was:

       \_\_\_ (a) on release pending trial for a felony;

            \_\_      (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

            \_\_      (c) on probation or parole for an offense.

\_\_\_\_\_     2.   The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

\_\_\_\_\_     3.   The defendant may flee or pose a danger to any other person or the community.

6.    **Other Matters**.

_____

_____

_____

DATED this _14 th_ day of _June_, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

3