IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-51-GMS |
| | ) | |
| ROBERT ALEXIS ESCOBAR-SOLANO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SCHEDULING CONFERENCE

The United States of America, by and through its attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for

the District of Delaware, moves that the Court order a scheduling conference. In support of its

motion, the Government states the following:

1.    On June 25, 2007, the defendant pled not guilty to the charges pending against him; and

2.    No pretrial motions have been filed.

WHEREFORE, the United States requests that the Court order a scheduling conference and

exclude, in the interests of justice, the time between the filing of this motion and the date of the

scheduling conference.

COLM F. CONNOLLY
United States Attorney

Edmond Falgowski
Assistant United States Attorney

Dated: 8-16-07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-51-GMS |
| | ) | |
| ROBERT ALEXIS ESCOBAR-SOLANO, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

WHEREAS, on June 25, 2007, Defendant pled not guilty to the charges pending against him;

WHEREAS, no pretrial motions have been filed; and

WHEREAS, the Government has filed a motion requesting a scheduling conference;

NOW THEREFORE, IT IS HEREBY ORDERED this _____ day of _____,

2007, that a Scheduling Conference will be held on _____, 2007, at _____,

in Chambers, 4th Floor, Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

Because this conference is intended for scheduling only, the appearance of Defendant is not required

by the Court.

IT IS FURTHER ORDERED that the date between the Government's motion and the date of

the Scheduling Conference shall be excluded under the Speedy Trial Act in the interests of justice.

18 U.S.C. § 3161(h)(8)(A).

_____

Honorable Gregory M. Sleet
Chief Judge, United States District Court

## CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          Criminal Action No. 07-51-GMS
                                  )
ROBERT ALEXIS ESCOBAR-SOLANO      )


I, Sharon L. Bernardo, an employee of the United States Attorney's Office, hereby certify that

on August 16, 2007, I electronically filed the foregoing:

## MOTION FOR SCHEDULING CONFERENCE

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

> Eleni Kousoulis, Esquire
> Assistant Federal Public Defender
> 704 King Street, Suite 110
> Wilmington, Delaware 19801
> ecf_ek@msn.com