IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-51-GMS |
| | ) | |
| ROBERT ALEXIS ESCOBAR-SOLANO, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

WHEREAS, on June 25, 2007, Defendant pled not guilty to the charges pending against him;

WHEREAS, no pretrial motions have been filed; and

WHEREAS, the Government has filed a motion requesting a scheduling conference;

NOW THEREFORE, IT IS HEREBY ORDERED this _16th_ day of _August_,

2007, that a Scheduling Conference will be held on _September 17_, 2007, at _11:30 am_

in Chambers, 4th Floor, Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

Because this conference is intended for scheduling only, the appearance of Defendant is not required

by the Court.

IT IS FURTHER ORDERED that the date between the Government's motion and the date of

the Scheduling Conference shall be excluded under the Speedy Trial Act in the interests of justice.

18 U.S.C. § 3161(h)(8)(A).

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court

**FILED**

AUG 1 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE