IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-51 GMS |
| | : |
| ROBERT ESCOBAR-SOLANO | : |
| | : |

## NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the scheduling conference currently set for September 17, 2007, at 11:30 a.m. is RESCHEDULED, in chambers, to **Thursday, September 20, 2007, at 12:00 p.m.** before Judge Gregory M. Sleet, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

September 11, 2007