IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-51 GMS |
| | : |
| ROBERT ALEXIS ESCOBAR-SOLANO | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that sentencing hearing regarding the above-captioned defendant is RESCHEDULED from **4:00 p.m. on Wednesday, February 13, 2008, to 10:30 a.m. on the same day** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

February 7, 2008